# United States Court of Appeals
## For the First Circuit

Nos. 17-2153, 17-2154, 17-2188

UNITED STATES OF AMERICA,

Appellee,

v.

ENRICO M. PONZO, a/k/a HENRY PONZO, a/k/a MICHAEL P. PETRILLO,
a/k/a RICO, a/k/a JOEY, a/k/a JEFFREY JOHN SHAW, a/k/a JAY SHAW

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued on January 9, 2019 is amended as follows:

On page 6, line 6, delete "in"